# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.M. ex rel. G.M. & R.M.,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE SCHOOL DISTRICT OF UPPER DUBLIN,<br><br>     Defendant. | Civil Action<br><br>No.  10-4038 |

## ORDER

AND NOW, this 18th day of August, 2011, upon consideration of defendant's motion for summary judgment (Docket No. 15), plaintiff's opposition thereto (Docket No. 19), and sealed exhibits (Docket No. 20), it is hereby **ORDERED** that, for the reasons given in the accompanying memorandum, defendant's motion is **DENIED**.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.