IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.M., by and through his parents | : | |
| and guardians, G.M. and R.M, and | : | CIVIL ACTION |
| G.M. and R.M. in their own right | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF | : | |
| UPPER DUBLIN, | : | No. 10-4038 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **20th** day of **July, 2012**, upon consideration of Plaintiffs' Motion for Summary Judgment, Defendant's response thereto, and for the reasons stated in the Court's Memorandum dated July 20, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 23) is **GRANTED**.

2. Judgment is entered in favor of Plaintiffs and against Defendant.

3. Plaintiffs' request for attorneys' fees under 29 U.S.C. § 794a is **GRANTED**.

4. Defendant is directed to pay Plaintiffs $54,041.75 in attorneys' fees, $525.96 in costs, and $1,971.20 in expert fees.

4. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.